Eastern District of Kentucky
FILED

SEP 21 2006

AT COVINGTON
CLERK U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

| | | |
|---|---|---|
| Lora J. Suchan | : | |
| Plaintiff | : | Case No. 2:06cv168 WOB |
| vs. | : | |
| | : | Judge William O. Bertelsman |
| Nationwide Recovery Service, Inc. | : | |
| Defendant | : | |

### Stipulation of Dismissal With Prejudice

The parties having amicably resolved their differences, the above-captioned matter is hereby dismissed with prejudice as to refiling.

_William O. Bertelsman_
Judge Bertelsman

/s/Steven C. Shane
Steven C. Shane
Trial Attorney for Plaintiff
321 Fairfield Ave.
P.O. Box 73067
(859) 431-7800
(859) 431-3100 facsimile
shanelaw@fuse.net